No. 77–5891. Manion v. Illinois. Sup. Ct. Ill. Certiorari denied. Mr. Justice Blackmun would grant certiorari.

No. 77–6057. Bowden v. Georgia; and

No. 77–6107. Mitchell v. Hopper, Warden. Sup. Ct. Ga. Certiorari denied.

Mr. Justice Brennan and Mr. Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 76–5815. Zannis v. United States, 430 U. S. 934. Second motion for leave to file petition for rehearing denied.